IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '17 - CV - 00399
(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 FEB 14 PM 4:47

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

_James Edward Dougherty_____, Plaintiff,

v.

_James Anthony Dougherty_____,
_Darcy Janne Tenorio_____,
_Hunter & Associates, P.A._____,
_Dr. Sherry Risch_____,
_Sharon Bruce_____,
_____,
_____,
_____, Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

(Rev. 07/06)

**PARTIES**

1. Plaintiff _James Edward Dougherty_ is a citizen of _U.S.A._
   who presently resides at the following address:
   _652 Pershing St. #1; Craig, CO 81625_

2. Defendant _James Anthony Dougherty_ is a citizen of _U.S.A._
   who live(s) at or is/are located at the following address:
   _1501 Lincoln Ave.; E. St. Louis, IL 62204_

3. Defendant _Darcy Jeanne Tenorio_ is a citizen of _U.S.A. and Brazil_
   who live(s) at or is/are located at the following address:
   _41 Magnolia Shoals Rd.; Ponte Vedra, FL 32081_

   (Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4. Jurisdiction is asserted pursuant to following statutory authorities:
   _Moffat County Colorado, Douglas County Colorado, St. Clair County Illinois, and St. Johns County Florida; Sao Paulo, BR; and Recife, BR_

5. Briefly state the background of your case:
   _During a dissolution of Marriage that occured less than 6-Months after moving to Florida from Colorado (DR10-0761) - St. Johns County, FL; Petitioner's 4th and 14th Amendment Rights were violated. A very large amount of fallout has since occured. Exhibit 7 displays so much upset in a rough draft that I don't believe that I can approach the Court of St. Johns County in the matters demanding immediate attention._

(Rev. 07/06)                           2

PARTIES Continued from page 2

4. X   ~~Plaintiff~~ Defendant Hunter & Associates, P.A. is a citizen of USA
who presently resides at the following address: 4201 Baymeadows Rd Ste A
Hunter & Associates, P.A.; Principal: Lewis B. Hunter; Jacksonville, FL 32217

5. 2.  Defendant Dr. Sherry Risch, PhD is a citizen of USA
who live(s) at or is/are located at the following address:
Dr. Sherry Risch, PhD; 2120 US Hwy 1 S.; St. Augustine, FL 32086

6. 3.  Defendant Sharon Bruce is a citizen of USA
who live(s) at or is/are located at the following address: current physical address currently unknown.
PO Box 770277; Steamboat Spgs, CO 80477

(Attach a separate page, if necessary, to list additional parties.)

n/a ~~JURISDICTION~~

4. Jurisdiction is asserted pursuant to following statutory authorities:

_____
_____
_____

~~5.  Briefly state the background of your case:~~ n/a

(Rev. 07/06)

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

In an attempted Baker Act out of Duval County, FL; James A. Dougherty maliciously slandered petitioner after petitioner had filed for a dissolution of Marriage by DR10-0761, St. Johns County FL. This required additional attourney's fees to prove Petitioners Mental Wellness, which after 5 mental health evaluations (last one on 12/16/16) should be of no further concern.

The additional attourney's fees are evidenced by a mortgage on 727 Tucker St.; Craig, CO 81625 in the amount of $195,000.00. Petitioner seeks this approximate amount for relief from Defendant James A. Dougherty.

Further Kathleen J. Dougherty seems to be suffering from some psychosis as part of the fallout from these events.

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Petitioner seeks immediate contact telephonically with Minor Child of DR10-0761. The Dissolution of Marriage was in fact commenced to prevent Darcy Anne Tenorio from absconding with Minor Child due to her repeated assertions that she would in fact do so.

Petitioner also seeks relief from Child Support payments that are not representative of income now earned by Petitioner. Further Petitioner asserts that Defendant has fraudulently misrepresented amounts owed to the Court of St. Johns County, FL. Petitioner is now considering a second Chapter 13 Bankruptcy due to the fallout of these events.

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Hunter & Associates, P.A. handled and managed Jay & Jay Properties, LLC in a recievership ordered by the Court of St. Johns in 0R10-0761. This company, owned now solely by Petitioner, suffered large losses during this recievership. After continual notices that should have allowed Hunter & Associates to support an insurance claim for the damages; Petitioner finally filed a claim in 2017S1- Moffat County CO for a portion of the damages. Upon proper service of notice to this Defendant, Petitioner would like to rescind a current offer on the table. Approximate damages to for the full recovery from the recievership of Hunter & Associates is now estimated at $60,000, and Petitioner seeks this from Defendant.

## Fourth ~~THIRD~~ CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Dr. Sherry Risch unethically presented psychological evaluations to the Court of St. John's County in DR-100761. These reports, one administered with false pretenses have put Petitioner's mental health falsely in question. The resulting fallout has been: ① $1600 to Moffat County Probation ② $300 in a Routt County Evaluation ③ other Moffat County Court Expenses, and ④ other uncollectables that are resulting from this slander in Petitioner's business.

Dr. Risch has been notified repeatedly of her culpability in these matters but has failed to offer any remedial action.

(Rev. 07/06)

X6

## ~~THIRD~~ fifth CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Sharon Bruce was the manager of Petitioners business. At the initiation of the divorce in DR10-0761 of St. Johns County, FL. she found opportunity to steal $20,000 of security deposits from Petitioners business account set aside for security deposits. Defendant Darcy Jamme Tenorio is also known to be culpable in this action. Further, Sharon & Bruces refusal to return company property including the Petitioners company file resulting in uncollectables in the approximate amount of $20,000.00.

Petitioner imediately filed suit in Routt County Colorado, however, the suit was thrown out with prejudice for cause unknown to Petitioner.

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Additional relief is also requested by the U.S. District Court of Colorado to eliminate supervised probation of Petitioner that continues to cause damage to Petitioners business, Jay & Jay Properties, LLC.

These cases are in Moffat County under case #'s 16M72 and 16CR122 both of which petitioner asserts to be the result of Police Harassment that followed from the fallout of DR10-0761.

Date: 2/14/17

(Plaintiff's Original Signature)

652 Pershing St. #1
(Street Address)

Craig, CO 81625
(City, State, ZIP)

(970) 846-4518
(Telephone Number)

(Rev. 07/06)